**Opinion issued May 16, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00289-CV

———————————

## IN RE BLACKWATER DIVING LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Blackwater Diving LLC, has filed a petition for writ of mandamus

challenging the trial court's denial of its "Motion to Dismiss Based on Lack of Venue

In Texas." [1] In conjunction with the petition, Blackwater Diving has filed a motion

---

[1]     The underlying case is *Jovon Evins v. Blackwater Diving, LLC*, cause number 2016-85530, pending in the 151st District Court of Harris County, Texas, the Honorable Mike Engelhart presiding.

to stay the underlying trial court proceedings pending our determination on the petition. We deny the petition and dismiss the stay motion as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Huddle, and Lloyd